E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALIX MCKENNA (Cal. Bar No. 295202)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6166
     Facsimile: (213) 894-0141
     E-mail:    alix.mckenna@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                  v.<br><br>KIERNAN MAJOR,<br><br>             Defendant. | No. 2:22-CR-00387-DSF<br><br>STIPULATION TO CONTINUE<br>RESTITUTION HEARING<br><br>**PROPOSED SENTENCING DATE:**<br>November 7, 2023 |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Alix McKenna, and
defendant KIERNAN MAJOR ("defendant"), both individually and by and
through his counsel of record, deputy federal public defender, Neha
A. Christerna, hereby stipulate as follows:

     1.   On April 24, 2023, defendant pled guilty to two counts of
transmitting a threat in interstate and foreign commerce, in
violation of 18 U.S.C. § 875 (c).  (Dkt. 24.)

     2.   On May 22, 2023, this court sentenced defendant and set a
restitution hearing for August 21, 2023.  (Dkt. 42-43.)

1          3.   The parties believe that the requested restitution amount

2     is significant and will involve complex legal issues.   The parties

3     are requesting additional time to brief this issue.

4          4.   The parties are requesting a continuance until November 6,

5     2023.

6     ///

7     ///

8     ///

9     ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28

1        5.   By this stipulation, the parties agree and jointly request

2    that the Court schedule a sentencing hearing on August 18, 2023, at

3    9:00 a.m.

4        IT IS SO STIPULATED.

5    Dated: August 8, 2023        Respectfully submitted,

6        E. MARTIN ESTRADA
    United States Attorney

7
    MACK E. JENKINS

8        Assistant United States Attorney
    Chief, Criminal Division

9

10                /s/
    ALIX MCKENNA

11        Assistant United States Attorney

12        Attorneys for Plaintiff
    UNITED STATES OF AMERICA

13

14

15        *Signed for Neha A. Christerna with*
    *email authorization*

16    Dated: August 8, 2023

17        NEHA A. CHRISTERNA
    Attorney for Defendant
    KIERNAN MAJOR

18

19

20

21

22

23

24

25

26

27

28