# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:**   Clerk, United States District Court

Attention:   Patricia Kim                                                    Date:  February 19, 2025
             Deputy Clerk

**SUBJECT:  REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Kiernan Major | 2:22-CR-00387-DSF-1 | 12889-510 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* NEHA A. CHRISTERNA |
|---|---|
| N/A | TELEPHONE NO.:  213-894-4104 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on                    at           .
A citation will be issued to the offender.

Interpreter Needed?   ☐ Yes   ☒ No          Language Type: _____

CARLOS REYES, 310-215-1308                          ALEKSANDER GALUSTOV, 310-215-1393
U. S. PROBATION OFFICER                             SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*       *Orig. To Clerk's Office*       *Copies to:*    *U. S. Attorney (Chief, Criminal Division)*
                                                                          *Federal Public Defender (Chief Deputy)*

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the
Honorable Dale S. Fischer, United States District Judge on   March 3, 2025 at   8:30 a.m./X.m. in Courtroom No. 7D      .

CLERK, U. S. DISTRICT COURT

Date   2/20/2025                              By   Estella Orozco
                                                  Deputy Clerk

*Routing on Notice by Clerk:*   Original -   *Court File*                                   ☐
                                 cc:   *U. S. Probation & Pretrial Services Office*          ☐
                                       *U. S. Attorney, Attn: Chief, Criminal Division*      ☐
                                       *Defense Attorney*                                    ☐
                                       *Federal Public Defender, Attn: Chief Deputy*         ☐
                                       *U. S. Marshal (Warrant Cases only)*                  ☐
                                       *Interpreter Section, Clerk's Office (When needed)*   ☐

\#

SUP 216
1/10/07