UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KIRNAN MAJOR,<br>Defendant. | Case No. 2:22-cr-00387-DSF<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including several alleged failures to appear for drug testing and failure to appear as instructed by the probation officer; lack of bail resources; alleged absconding from supervision; lack of current residential address.*

and

*B.* ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including several alleged failures to appear for drug testing and failure to appear as instructed by the probation officer; lack of bail resources; alleged absconding from supervision; lack of current residential address.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 7-15-26

John D. Early
JOHN D. EARLY
United States Magistrate Judge